United States Bankruptcy Court
District of Puerto Rico

In re:
PEDRO HERNANDEZ MARRERO
     Debtor

Case No. 18-02521-ESL
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 1      Date Rcvd: Aug 13, 2018
                    Form ID: odtcesl     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db            PEDRO HERNANDEZ MARRERO,   CALLE 401 BLOQUE 168 10,   VILLA CAROLINA, 4TA EXTENSION,
          CAROLINA, PR  00985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            POPULAR AUTO LLC
                                        TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
        EDGAR ALBERTO VEGA RIVERA   on behalf of Creditor   POPULAR AUTO LLC edvega@bppr.com,
         edgar.vega@popular.com
        LUIS D FLORES GONZALEZ   on behalf of Debtor PEDRO  HERNANDEZ MARRERO ldfglaw@coqui.net,
         ldfglaw@yahoo.com
        MONSITA  LECAROZ ARRIBAS   ustpregion21.hr.ecf@usdoj.gov
        WIGBERTO  LUGO MENDER   trustee@lugomender.com,  wlugo@ecf.epiqsystems.com
                                            TOTAL: 4

odtcesl.jsp

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>PEDRO HERNANDEZ MARRERO<br><br>xxx–xx–0846<br><br><br><br>Debtor(s) | **Case No.**  18–02521 ESL<br><br>**Chapter 7**<br><br><br><br>FILED & ENTERED ON 8/13/18 |

### ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE

The Trustee having filed a Report of No Distribution, the Clerk having given notice of the Trustee's report, and no objections having been filed by any party in interest, including the U. S. Trustee, it is now,

**ORDERED** that the Trustee be and is hereby discharged, that the bond of the trustee be cancelled and the surety thereon released from further liability thereunder and that the estate be and is hereby closed pursuant to the provisions of Rule 5009 of the Federal Rules of Bankruptcy Procedure.

San Juan, Puerto Rico, this **Monday, August 13, 2018** .

Enrique S. Lamoutte
United States Bankruptcy Judge

cc: WIGBERTO LUGO MENDER
    US TRUSTEE